■ RICHARD E. BROTKA, Appellant, v AMERICAN RUBBER PRODUCTS CORPORATION, Respondent.—Order unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, McGowan, J. (Appeal from order of Supreme Court, Erie County, McGowan, J.—summary judgment.) Present—Dillon, P. J., Denman, Boomer, Green and Lawton, JJ.

■ In the Matter of HUEY WRIGHT, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed (see, Matter of Young v Temporary Release Comm., 122 AD2d 606). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALCOTT DeCASTRO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Oneida County Court, Walsh, J.—criminal possession of controlled substance, fifth degree.) Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HEDGES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Livingston County Court, Houston, J.—felony driving while intoxicated; bail jumping, second degree.) Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI AHMAEL DIXON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—violation of probation.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL F. SPRAGUE, III, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—violation of probation.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GOHLKE, Appellant.—Judgment unanimously affirmed.